El Paso County - 171st District Court

Filed 11/18/2021 5:16 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4058

CAUSE NO. _____

| | | |
|---|---|---|
| **CARLOS MOLINA-TORRES,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **\_\_\_\_ JUDICIAL DISTRICT** |
| **SUNDT CONSTRUCTION, INC., JOSEPH** | § | |
| **RICCILLO, and JOHN DOE** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **EL PASO COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff Carlos Molina-Torres ("Plaintiff") by and through undersigned counsel, comes before this Court and files his Original Petition against Defendant Sundt Construction, Inc. ("Defendant Sundt"), Defendant Joseph Riccillo ("Defendant Riccillo") and Defendant John Doe ("Defendant Doe") for causes of action shown as follows:

### I.   DISCOVERY CONTROL PLAN

1.   Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4.

### II.   PARTIES

2.   Plaintiff Carlos Molina-Torres is an individual residing at 12945 Stonington Lane, El Paso, TX 79938. The last three digits of his driver's license and social security number are, respectively, 878 and 197.

3.   Defendant Sundt Construction, Inc. is a foreign corporation incorporated under the laws of Arizona and doing business in Texas. Defendant Sundt may be served with process by serving its registered agent, CT Corp. System, located at 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

**PLAINTIFF'S ORIGINAL PETITION**
*Carlos Molina-Torres v. Sundt Construction, Inc., et al.*
Page 1 of 11

EXHIBIT B

4.    Defendant Joseph Riccillo is an individual domiciled and residing in El Paso County, Texas. Defendant Riccillo may be served with process at his residence located at 511 Gregory Ave., El Paso, Texas 79902, or wherever he may be found.

5.    Defendant John Doe's identity is currently unknown. Upon information and belief, Defendant Doe is domiciled in Texas and was an employee of Defendant Sundt at all relevant times herein.

### III.    MISNOMER/ALTER EGO

6.    In the event any parties are misnamed or are not included herein, Plaintiffs contend that such is a "misidentification," and/or such parties are/were "alter egos" of parties named herein.

### IV.    JURISDICTION AND VENUE

7.    This Court has subject matter jurisdiction over this lawsuit. Plaintiffs' claims involve Texas common law. The amount in controversy is within this Court's jurisdictional limit.

8.    This Court has personal jurisdiction over the parties. All parties are either individuals or corporate residents of the State of Texas, have minimum sufficient contacts with the State of Texas, and/or have purposefully availed themselves of the laws and markets of the State of Texas so as to not offend traditional notions of fair play and substantial justice.

9.    This Court is the proper venue to hear this lawsuit pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a) because all or a substantial part of the events or omissions giving rise to the claims occurred in El Paso County, Texas.

10.   Pursuant to TEX. R. CIV. P. 47, Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000.  Plaintiff's counsel offers this statement for informational purposes only as required by TEX. R. CIV. P. 47 and reserves the right to change or amend it as the

evidence deems necessary. The amount of monetary relief actually awarded, however, will
ultimately be determined by a jury. Plaintiff also seeks prejudgment and post-judgment
interest at the highest legal rate.

## V.   FACTS

11.   On or about September 19, 2017, general contractor Defendant Sundt contracted with the
City of El Paso to construct the Eastside Regional Park, a recreational development to
include a community center, gymnasium, natatorium, and outdoor water park. Following
the execution of the contract, Defendant Sundt began construction of the development
located at 13501 Jason Crandall Drive, El Paso, Texas 79938 (the "construction site").

12.   Defendant Riccillo was employed by Defendant Sundt as the Project Director of the El
Paso office at all relevant times herein. According to Defendant Sundt's website,
Defendant Riccillo is responsible for overseeing business development, planning, budgets,
and staffing for Defendant Sundt's construction jobs in El Paso.

13.   Defendant Doe was employed by Defendant Sundt as the Construction Foreman for the
construction site at all relevant times herein.

14.   Prior to September 18, 2020, Defendant Doe and/or other employees of Defendant Sundt
installed a temporary chain link fence ("the fence") alongside Jason Crandall Drive. After
installment, the fence frequently fell into the roadway of Jason Crandall Drive, creating a
dangerous condition. Defendant Doe and other employees of Defendant Sundt had actual
knowledge of this dangerous condition.

15.   On or about September 18, 2020, at around 6:00 a.m., Plaintiff was riding his bicycle
westbound on Jason Crandall Drive for his daily exercise. Plaintiff was traveling in a
reasonable and prudent manner and was exercising ordinary care for his safety at all times

relevant herein.

16.   As Plaintiff approached the construction site for the Eastside Regional Park to his right, his wheels collided into the fence that was lying in the roadway. Plaintiff was thrown from his bicycle onto the left side of the asphalt road, fracturing his clavicle.

17.   After the collision, Plaintiff spoke with Defendant Doe, who stated that the fence frequently fell into the road and he had told his workers to try to fix it on multiple occasions. Despite these instructions, the fence continued to fall down.

18.   Defendant Riccillo and Defendant Doe had actual and/or constructive knowledge that the fence constituted a dangerous condition, yet failed to make the dangerous condition reasonably safe or adequately warn Plaintiff of the dangerous condition.

19.   As a result of the collision, Plaintiff has sustained, and will continue to sustain, severe physical pain, suffering, impairment, mental anguish, and physical disfigurement. Additionally, Plaintiff has incurred and will continue to incur out of pocket expenses, including past and future medical expenses.

## VI.   CAUSES OF ACTION

### A.   <u>Negligence of Defendant Joseph Riccillo and Defendant John Doe</u>

20.   Plaintiff repleads the foregoing factual allegations as if here quoted verbatim and set forth herein at length.

21.   Defendants Riccillo and Doe owed duties of ordinary care to Plaintiff and other motorists, cyclists, and pedestrians on the roadway. Defendant Riccillo and Doe's conduct as outlined above breached those duties through various acts and/or omissions, including but not limited to the following, each of which singularly or in combination with others, constitutes acts of negligence that were a direct and proximate cause of the occurrence in questions

and the resulting injuries or damages set forth herein:

    a.   Failing to properly install the fence;

    b.   Failing to properly maintain the fence;

    c.   Failing to warn motorists, cyclists, and pedestrians of the fence;

    d.   Failing to remove the fence from the roadway;

    e.   Failing to adhere to relevant safety regulations;

    f.   Failing to follow Defendant Sundt's applicable safety protocol;

    g.   Failing to report the fence to the appropriate safety officer; and

    h.   Violating OSHA regulations and standards by creating unsafe means for pedestrian traffic flow.

## B.  Negligence *Per Se* of All Defendants

22.    Plaintiff repleads the foregoing factual allegations as if here quoted verbatim and set forth herein at length.

23.    In addition to other counts, Defendants' conduct as outlined above constitutes negligence *per se* as they violated **OSHA regulation 1926.752(c)(1)**, with regard to the construction site layout, which states in relevant part:

> *"The controlling contractor shall ensure that the following is provided and maintained: Adequate access roads into and through the site for the safe delivery and movement of derricks, cranes, trucks, other necessary equipment, and the material to be erected and means and methods for pedestrian and vehicular control."*

24.    In addition to other counts, Defendants' conduct as outlined above constitutes negligence *per se* as they violated **City of El Paso Ordinance 20.16.050**, with regard to the installation and maintenance of the fence, which states in relevant part:

> *"Fences and walls shall be maintained in good repair and shall be kept vertical, uniform, and structurally sound."*

25.    Defendants violated the above-referenced rules and regulations in the moments leading up to and at the time of the collision described herein.

26.    Plaintiff, as a cyclist on the roadway, is a member of the class of persons the above-referenced rules and regulations were designed to protect. Defendants have no excuse for their violations of the above-referenced rules and regulations.

27.    Defendants' violations of the above-referenced rules and regulations proximately caused Plaintiff's injuries.

28.    Accordingly, Defendants are negligent *per se.*

### C. *Respondeat Superior*

29.    Plaintiff repleads the foregoing factual allegations as if herein quoted verbatim and set forth herein at length.

30.    Without waiving the foregoing, in conjunction with, additionally and/or alternatively, Plaintiff would further show this Court that Defendants Riccillo and Doe were in the course and scope of their employment with Defendant Sundt at all relevant times herein.

31.    Under the doctrine of *Respondeat Superior*, Defendant Sundt is responsible for Plaintiff's damages caused by Defendants Riccillo and Doe's negligence and negligence *per se* as alleged above.

### D. Negligent Hiring by Defendant Sundt

32.    Plaintiff repleads the foregoing factual allegations as if herein quoted verbatim and set forth herein at length.

33.    Defendant Sundt was negligent in the hiring of Defendant Doe in that Defendant Sundt

knew, or in the exercise of reasonable care should have known, that Defendant Doe was unfit or unqualified for a position as a construction foreman to safely manage a construction site under the control of Defendant Sundt.

34.   Defendant Sundt was further negligent in the hiring of Defendant Riccillo in that Defendant Sundt knew, or in the exercise of reasonable care should have known, that Defendant Riccillo was unfit or unqualified for a position as a project director to safely staff, plan, and oversee a construction site under the control of Defendant Sundt.

## E. Negligent Training by Defendant Sundt

35.   Plaintiff repleads the foregoing factual allegations as if herein quoted verbatim and set forth herein at length.

36.   Defendant Sundt was negligent in the training of Defendant Doe, in that Defendant Sundt knew, or in the exercise of reasonable care should have known, that Defendant Doe was unfit or unqualified for a position in which he was required to safely manage a construction site under the control of Defendant Sundt. Defendant Sundt refused to properly train and/or instruct Defendant Doe for the job he was to perform and for the safe management of a construction site under the control of Defendant Sundt. Defendant Sundt allowed Defendant Doe to manage a construction site under the control of Defendant Sundt when it knew or should have known that Defendant Doe was not capable of or qualified of safely doing so.

37.   Defendant Sundt was further negligent in the training of Defendant Riccillo, in that Defendant Sundt knew, or in the exercise of reasonable care should have known, that Defendant Riccillo was unfit or unqualified for a position in which he was required to safely staff, plan, and oversee a construction site under the control of Defendant Sundt.

Defendant Sundt refused to properly train and/or instruct Defendant Riccillo for the job he was to perform and for the safe management of a construction site under the control of Defendant Sundt. Defendant Sundt allowed Defendant Riccillo to staff, plan, and oversee a construction site under the control of Defendant Sundt when it knew or should have known that Defendant Riccillo was not capable of or qualified of safely doing so.

### F. Negligent Supervision by Defendant Sundt

38.     Plaintiff repleads the foregoing factual allegations as if herein quoted verbatim and set forth herein at length.

39.     Defendant Sundt was negligent in the supervision of Defendant Doe in that Defendant Sundt knew, or in the exercise of reasonable care should have known, that Defendant Doe was unfit or unqualified for a position which he was required to safely manage a construction site under the control of Defendant Sundt. Defendant Sundt refused to supervise Defendant Doe for the job that he was to perform. Defendant Sundt refused to supervise Defendant Doe on the date of the incident in question and allowed or refused to prevent Defendant Doe from managing the construction site in an unsafe manner.

40.     Defendant Sundt was further negligent in the supervision of Defendant Riccillo in that Defendant Sundt knew, or in the exercise of reasonable care should have known, that Defendant Riccillo was unfit or unqualified for a position which he was required to safely staff, plan, and oversee a construction site under the control of Defendant Sundt. Defendant Sundt refused to supervise Defendant Riccillo for the job that he was to perform. Defendant Sundt refused to supervise Defendant Riccillo on the date of the incident in question and allowed or refused to prevent Defendant Riccillo from staffing, planning, and overseeing the construction site in an unsafe manner.

### G. Negligent Retention by Defendant Sundt

41.   Plaintiff repleads the foregoing factual allegations as if herein quoted verbatim and set forth herein at length.

42.   Defendant Sundt was negligent in the retention of Defendant Doe, in that Defendant Sundt knew or in the exercise of reasonable care should have known, that Defendant Doe was unfit or unqualified for a position which he was required to safely manage a construction site under the control of Defendant Sundt. Defendant Sundt negligently retained Defendant Doe prior to the date of the incident in question, and allowed, or failed to prevent, Defendant Doe from managing the construction site in an unsafe manner.

43.   Defendant Sundt was further negligent in the retention of Defendant Riccillo, in that Defendant Sundt knew or in the exercise of reasonable care should have known, that Defendant Riccillo was unfit or unqualified for a position which he was required to safely staff, plan, and oversee a construction site under the control of Defendant Sundt. Defendant Sundt negligently retained Defendant Riccillo prior to the date of the incident in question, and allowed, or failed to prevent, Defendant Riccillo from staffing, planning, and overseeing the construction site in an unsafe manner.

### H. Premises Liability

44.   Plaintiff repleads the foregoing factual allegations as if herein quoted verbatim and set forth herein at length.

45.   Defendants were in possession of the subject premises at all relevant times herein.

46.   Plaintiff had a right to be on the premises possessed by Defendants at all relevant times herein.

47.   The fence constituted a condition on the subject premises that posed an unreasonable risk

of harm.

48.   Defendants knew or reasonably should have known of the dangerous condition posed by
      the fence in the unlit roadway.

49.   Defendants breached their duty of care by failing to adequately warn Plaintiff of the
      dangerous condition and failing to make the dangerous condition reasonably safe.

50.   Defendants' breach of duty was a proximate cause of Plaintiff's damages.

## VII.   DAMAGES

51.   As a direct and proximate result of the incident making the basis of this lawsuit, Plaintiff
      has suffered and will in all reasonable probability continue to suffer the following actual
      damages, the dollar value of which exceeds the minimal jurisdictional limits of this Court:

      a.   Medical treatment paid or incurred in the past;

      b.   Medical treatment which may be paid or incurred in the future;

      c.   Past and future pain and suffering;

      d.   Past and future physical impairment;

      e.   Past and future physical disfigurement; and

      f.   Past and future mental anguish.

52.   Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

## VIII.   TEX. R. CIV. P. 193.7 NOTICE

45.   Pursuant to Tex. R. Civ. P. 193.7, Plaintiff hereby gives notice of intent to utilize items
      produced in discovery against the producing party.

## IX.   PRAYER

46.   WHEREFORE, Plaintiff requests that Defendants be cited to appear and answer, and that
      on final trial Plaintiff has:

a.  Judgment against Defendants for all of Plaintiff's actual damages, both general and
    special as described above;

b.  Judgment against Defendants for pre-judgment and post-judgment interest at the
    legal rate to the extent allowed under the law until paid;

c.  Judgment against Defendants for costs of court as authorized by Tex. R. Civ. P.
    131; and

d.  All other just and lawful relief in law and in equity, general and specific, to which
    the Plaintiff may be duly and justly entitled.

Respectfully submitted,

**Zinda Law Group, PLLC**
8834 North Capital of Texas Highway
Suite 304
Austin, Texas 78759
(512) 246-2224 Office
(512) 580-4252 FAX
Service of Documents: service@zdfirm.com

By: _____
Cole Gumm
State Bar No. 24088963
Christina Rosendahl
State Bar No. 24121097
**ATTORNEYS FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raisa Hernandez on behalf of Cole Gumm
Bar No. 24088963
rhernandez@zdfirm.com
Envelope ID: 59315414
Status as of 11/23/2021 10:22 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Gumm | | service@zdfirm.com | 11/18/2021 5:16:06 PM | SENT |

Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4058

# E-FILING REQUEST FOR ISSUANCE

PLEASE USE THIS FORM WHEN REQUESTING ISSUANCE OF THE SERVICES LISTED BELOW THROUGH THE E-FILING SYSTEM.

THIS FORM DOES NOT APPLY TO: ABSTRACTS, WRIT OF EXECUTION, WRIT OF ALIAS EXECUTION, WRIT OF POSSESSION, ORDER OF SALE, SUBPOENAS AND SPOUSAL WITHOLDING. FORM AVAILABLE ONLINE AT http://www.epcounty.com/districtclerk/forms.htm

Date: 11/18/2021                                        Requested by: Cole Gumm

Cause No. Carlos Molina-Torres v. Sundt Construction, Inc., et al.    Phone No. (512) 246-2224

Mail back to: please email citations to service@atxprocess.com

or to be Picked Up by: _____

- This document **MUST** be filed as a separate lead document when e-filing.
- Use the filing code "Request" and add the type of issuance in the filing description field.
- Select the type of issuance using the "Optional Services" section on the e-filing screen.
- Citations need a copy of the conformed original petition.
- TRO's, Show cause notices, Capias and Citations by posting and publication require a copy of the corresponding orders.
- If applicable you must add the copies using the "Optional Services", select Copies – Non-Certified and add as many pages as needed. (For Example: Petition is 5 pages, 3 citations are requested: 5x3=15 pages will need to be printed by Clerk)

| Issuance Type | Fee: | Quantity | Service Type | Fee: | Quantity |
|---|---|---|---|---|---|
| Citation | $8.00 | 2 | Service by Certified Mail | $57.00 | |
| Citation By Mail | $8.00 | | Service by Registered Mail (Rule 736) | $5.00 | |
| Citation Non Resident | $8.00 | | Mail back to Process Server | $5.00 | |
| TRO | $8.00 | | Service by Sheriff Personal Service | $100.00 | |
| Show Cause Notice | $8.00 | | Service by Sheriff Posting | $65.00 | |
| Writ of Garnishment | $8.00 | | Service by Sheriff Publication | $65.00 | |
| Bill of Cost | $5.00 | | | | |
| Capias | $8.00 | | | | |

| Notes to the Clerk |
|---|
| Thank you! |
| |
| |
| |
| |
| |
| |
| |

Thank you for E-Filing.

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raisa Hernandez on behalf of Cole Gumm
Bar No. 24088963
rhernandez@zdfirm.com
Envelope ID: 59315414
Status as of 11/23/2021 10:22 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Gumm | | service@zdfirm.com | 11/18/2021 5:16:06 PM | SENT |

Copy from re:SearchTX

Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4058

# THE STATE OF TEXAS

      NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **SUNDT CONSTRUCTION, INC.,** who may be served with process by serving its registered agent **CT CORP. SYSTEM at 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201-3136,** or wherever he/she may be found.

Greetings:

      You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

      Said Plaintiff's Petition was filed in said court on this the 18th day of November, 2021 by Attorney at Law, COLE ELLSWORTH GUMM, 8834 NORTH CAPITAL OF TEXAS HIGHWAY, SUITE 304, AUSTIN, TX 78759 in this case numbered **2021DCV4058** on the docket of said court, and styled:

**CARLOS MOLINA-TORRES,**
**V.**
**SUNDT CONSTRUCTION, INC., JOSEPH RICCILLO, AND JOHN DOE**

      The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

      The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

      Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 24th day of November, 2021.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:  <u>NORMA FAVELA BARCELEAU</u>  District Clerk
El Paso County, Texas

By: _____, Deputy
Yesenia Maddaford

SERVICE RETURN ATTACHED

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**ATX Process, LLC**
**604 West 9th Street**
**Suite B**
**Austin, TX 78701**

Copy from re:SearchTX

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock
____M., and executed in _____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original
Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|-----|------|------|------|------|--------------------------------|
|      | MONTH | DAY | YEAR | Hour | Min. | ____.M. | From Court House |
|      |      |     |      |      |      |      |                                |
|      |      |     |      |      |      |      |                                |
|      |      |     |      |      |      |      |                                |
|      |      |     |      |      |      |      |                                |
|      |      |     |      |      |      |      |                                |
|      |      |     |      |      |      |      |                                |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____

_____ on the _____ day of _____

20_____, at _____o'clock ___m. this copy of this instrument.

**ATX Process, LLC**
**604 West 9th Street**
Suite B'
**Austin, TX 78701**

*SERVICE RETURN ATTACHED*

_____, Sheriff/Agent

_____ County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

Copy from re:SearchTX

## AFFIDAVIT OF SERVICE

State of Texas                    County of El Paso                    171st Judicial District Court Court

Case Number: 2021DCV4058

Plaintiff:
**Carlos Molina-Torres,**
vs.
Defendant:
**Sundt Construction, Inc., Joseph Riccilio, and John Doe**

For: Zinda Law Group, PLLC

Received by ATX Process, LLC on the 29th day of November, 2021 at 8:44 am to be served on Sundt Construction, Inc. by serving its registered agent CT Corporation System, 1988 Bryan St, Suite 900, Dallas, Dallas County, TX 75201. I, _Caleb Malone_ being duly sworn, depose and say that on the _30_ day of _November_, 20_21_ at _11:20_ _m._, executed service by delivering a true copy of the Citation and Plaintiff's Original Petition in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to _Brett Bagwell_ (individual accepting) as _Intake Specialist_ (title), at _1999 Bryan St, Suite 900_ (street), _Dallas_ (city), _Texas_ (state) _75201_ (zip code) _Dallas_ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS: _____
_____
_____
_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the _30_ day of
_November_, _2021_ by the affiant who is
personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _PSC1574 exp 10/26/23_
Appointed in accordance with State Statutes

**ATX Process, LLC**
**604 West 9th Street**
**Suite B**
**Austin, TX 78701**
**(512) 717-5600**

Our Job Serial Number: 2021012633
Ref: Carlos Molina-Torres

BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 05-01-2024
Notary ID 129009173

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

Copy from re:SearchTX

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **JOSEPH RICCILLO,** who may be served with process at **511 GREGORY AVE, EL PASO, TX 79902,** or wherever he/she may be found.


Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 18th day of November, 2021 by Attorney at Law, COLE ELLSWORTH GUMM, 8834 NORTH CAPITAL OF TEXAS HIGHWAY, SUITE 304, AUSTIN, TX 78759 in this case numbered **2021DCV4058** on the docket of said court, and styled:

**CARLOS MOLINA-TORRES**
V.
**SUNDT CONSTRUCTION, INC., JOSEPH RICCILLO, AND JOHN DOE**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 24th day of November, 2021.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:  NORMA FAVELA BARCELEAU  District Clerk
El Paso County, Texas

By: _____ Y. Maddaford _____ Deputy
Yesenia Maddaford

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

SERVICE RETURN ATTACHED

**ATX Process, LLC**
604 West 9th Street
Suite B
Austin, TX 78701

Copy from re:SearchTX

**RETURN**

Came on hand on _____ day of _____, 20_____, at _____ o'clock
_____M., and executed in _____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original
Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ____.M. | From Court House |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____    _____ Sheriff

_____    _____County, Texas

Total _____ $ _____    by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____ County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

Copy from re:SearchTX

## AFFIDAVIT OF SERVICE

State of Texas                    County of El Paso                    171st Judicial District Court Court

Case Number: 2021DCV4058

Plaintiff:
**Carlos Molina-Torres,**
vs.
Defendant:
**Sundt Construction, Inc., Joseph Riccillo, and John Doe**

For: Zinda Law Group, PLLC

Received at ATX Process, LLC on the 29th day of November, 2021 at 8:44 am to be served on Joseph Riccillo, 511 Gregory Ave, El Paso, El Paso County, TX 79902. I, <u>Sergio Martinez</u>, being duly sworn, depose and say that on the <u>3</u> day of <u>December</u> 2021 at <u>10:27</u> am., executed service by delivering a true copy of the Citation and Plaintiff's Original Petition in accordance with state statutes in the manner marked below:

XX INDIVIDUAL SERVICE: Delivered to the within-named person at <u>909 Texas Ave</u> (street), <u>El Paso</u> (city). <u>TX</u> (state) <u>79901</u> (zip code) <u>El Paso</u> (county).   (meeting place)

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street). _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) POSTED SERVICE: After attempting service to the ____ FRONT DOOR OR _____ FRONT GATE (mark one) on the property described at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes  or  ( ) No   If yes, what branch? _____

Marital Status: ( ) Married  or  ( ) Single   Name of Spouse _____

COMMENTS: _____
_____
_____
_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 3 day of
December        2021        by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

_____
Sergio Martinez
PROCESS SERVER # <u>PSC1521 Exp.10</u>/31/23
Appointed in accordance with State Statutes

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2021012635
Ref: Carlos Molina-Torres

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

Copy from re:SearchTX

# IN THE 171st DISTRICT COURT

## EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| CARLOS MOLINA-TORRES, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 2021DCV4058 |
| | § | |
| SUNDT CONSTRUCTION, INC., | § | |
| JOSEPH RICCILLO, and JOHN DOE, | § | |
| | § | |
| Defendants. | § | |

---

## DEFENDANTS SUNDT CONSTRUCTION, INC. AND JOSEPH RICCILLO'S ORIGINAL ANSWER

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Defendants **SUNDT CONSTRUCTION, INC. and JOSEPH RICCILLO** and file this Original Answer and say:

### I.

Pursuant to Texas Rule of Civil Procedure 92, Defendants would enter a general denial as to Plaintiff's pleadings.

### II.

Defendants request trial by jury.

**WHEREFORE, PREMISES CONSIDERED**, Defendants prays they be allowed to go hence without day and with their costs.

10449-390/JMAR/1650715

Respectfully submitted,


**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Box 1977
El Paso, Texas 79999-1977
(915) 532-2000
(915) 541-1597 (fax)


*/s/ James A. Martinez*
**James A. Martinez**
State Bar No. 00791192
**martinezja@jmeplaw.com**

*Attorneys for Defendants Sundt Construction, Inc.*
*and Joseph Riccillo*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was transmitted to:


| | |
|---|---|
| Cole Gumm | _____via Hand Delivery |
| *Zinda Law Group, PLLC* | _____via Certified Mail |
| 8834 North Capital of Texas Highway, Suite 304 | _____via Regular Mail |
| Austin, Texas 78759 | _____ via Email: |
| service@zdfirm.com | ___X___ via Efile |

on this the 27th day of December, 2021.


*/s/ James A. Martinez*
**JAMES A. MARTINEZ**

10449-390/JMAR/1650715

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Barbara Divis on behalf of James Martinez
Bar No. 791192
BDivis@mgmsg.com
Envelope ID: 60314389
Status as of 12/28/2021 8:20 AM MST

Associated Case Party: Sundt Construction, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barbara Divis | | bdivis@mgmsg.com | 12/27/2021 1:57:17 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 12/27/2021 1:57:17 PM | SENT |
| James Martinez | | eservice@jmeplaw.com | 12/27/2021 1:57:17 PM | SENT |

Associated Case Party: Joseph Riccillo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Martinez | | martinezja@jmeplaw.com | 12/27/2021 1:57:17 PM | SENT |
| James Martinez | | eservice@jmeplaw.com | 12/27/2021 1:57:17 PM | SENT |

Filed 5/26/2022 4:44 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4058

**CAUSE NO. 2021DCV4058**

| | | |
|---|---|---|
| **CARLOS MOLINA-TORRES,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **171st JUDICIAL DISTRICT** |
| **SUNDT CONSTRUCTION, INC., JOSEPH** | § | |
| **RICCILLO, and JOHN DOE** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **EL PASO COUNTY, TEXAS** |

## PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY

Plaintiff Carlos Molina-Torres certifies that the following discovery responses were served on all parties to this matter by and through their attorneys of record on January 26, 2022:

1.      Plaintiff's Initial Disclosures

Respectfully submitted,

**Zinda Law Group, PLLC**
8834 North Capital of Texas Highway, Suite 304
Austin, Texas 78759
(512) 246-2224 Office
(512) 580-4252 FAX
**Service of Documents: service@zdfirm.com**

By: _____
Cole Gumm
State Bar No. 24088963
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing instrument was served on all parties of record on this 26th day of January, 2022.

***<u>Via E-service: martinezja@jmeplaw.com,</u>***
***<u>rendon@mgmsg.com</u>***
James A. Martinez
Reid P. Rendon
Mounce, Green, Myerrs, Safi, Paxson & Galatzan
P.O. Box 1977
El Paso, Texas 79999
**ATTORNEY FOR DEFENDANTS**


                             _____
                             **COLE GUMM**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raisa Hernandez on behalf of Cole Gumm
Bar No. 24088963
rhernandez@zdfirm.com
Envelope ID: 61189626
Status as of 1/27/2022 8:23 AM MST

Associated Case Party: Sundt Construction, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barbara Divis | | bdivis@mgmsg.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | eservice@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Gumm | | service@zdfirm.com | 1/26/2022 4:44:58 PM | SENT |

Associated Case Party: Joseph Riccillo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Martinez | | eservice@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |

## CAUSE NO. 2021DCV4058

| | | |
|---|---|---|
| **CARLOS MOLINA-TORRES,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **171st JUDICIAL DISTRICT** |
| **SUNDT CONSTRUCTION, INC., JOSEPH** | § | |
| **RICCILLO, and JOHN DOE** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **EL PASO COUNTY, TEXAS** |

## PLAINTIFF'S FIRST NOTICE OF FILING AFFIDAVITS OF BUSINESS RECORDS CUSTODIAN

This pleading is to give notice that pursuant to Texas Rules of Evidence 902(10), Plaintiff Carlos Molina-Torres has delivered the following Affidavit(s) of Business Record Custodian(s) and records to Defendants:

1) Border City Orthopedics;

2) The Hospitals of Providence (THOP) Transmountain Campus;

3) EP Wellness Associates (Dr. Francisco Guerra);

4) Sun City Orthopaedics;

5) Border Therapy Services;

6) University Medical Center (UMC) of El Paso;

7) The Hospitals of Providence (THOP) Transmountain Campus - Radiology; and

8) Diagnostic Outpatient Imaging (DOI).

Respectfully submitted,

Zinda Law Group, PLLC
8834 North Capital of Texas Highway
Suite 304
Austin, Texas 78759
(512) 246-2224 Office
(512) 580-4252 FAX
**Service of Documents: service@zdfirm.com**

By: _____
Cole Gumm
State Bar No. 24088963
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties of record on this 26th day of January, 2022.

***Via E-service: martinezja@jmeplaw.com,***
***rendon@mgmsg.com***
James A. Martinez
Reid P. Rendon
Mounce, Green, Myerrs, Safi, Paxson & Galatzan
P.O. Box 1977
El Paso, Texas 79999
**ATTORNEY FOR DEFENDANTS**

_____
Cole Gumm

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared Gloria Dominguez

who, being by me duly sworn, deposed as follows:

My name is Gloria Dominguez, I am of sound mind, capable of making this Affidavit,

and personally acquainted with the facts herein stated:

I am the custodian of the records of Border City Orthopedics (MEDICAL PROVIDER).

Attached hereto are copies of the records of Carlos Molina-Torres (PATIENT) from Border City Orthopedics (MEDICAL PROVIDER). These said records are kept by Border City Orthopedics (MEDICAL PROVIDER) in the regular course of business, and it was the regular course of business of Border City Orthopedics (MEDICAL PROVIDER) for an employee or representative of Border City Orthopedics (MEDICAL PROVIDER) with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of reasonably soon thereafter.

The records attached hereto are the original and or exact duplicates of the original and are a part of this Affidavit.

_____
AFFIANT

SWORN AND SUBSCRIBED before me on the 11 day of Feb , 20 21

KYLE RENE HORVATH
Notary ID #130948144
My Commission Expires
January 3, 2025

_____
Notary Public, State of Texas

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared Melissa Meraz who, being by me duly sworn, deposed as follows:

My name is Melissa Meraz I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of THOR Transmountain (MEDICAL PROVIDER). Attached hereto are copies of the records of Carlos Molina-Rubio (PATIENT) from THOR Transmountain (MEDICAL PROVIDER). These said records are kept by THOR Transmountain (MEDICAL PROVIDER) in the regular course of business, and it was the regular course of business of THOR Transmountain (MEDICAL PROVIDER) for an employee or representative of THOR Transmountain (MEDICAL PROVIDER) with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of reasonably soon thereafter.

The records attached hereto are the original and or exact duplicates of the original and are a part of this Affidavit.

_____
AFFIANT

SWORN AND SUBSCRIBED before me on the 19 day of February, 20 21.

ELENA RODRIGUEZ
Notary ID #4499858
My Commission Expires
August 8, 2021

_____
Notary Public, State of Texas

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared _Edolina Hernandez_

who, being by me duly sworn, deposed as follows:

My name is _Edolina Hernandez_ am of sound mind, capable of making this Affidavit,

and personally acquainted with the facts herein stated:

I am the custodian of the records of _EP Wellness Associates_ (MEDICAL PROVIDER).

Attached hereto are copies of the records of _Carlos Molina-Torres_ (PATIENT) from

_EP Wellness Associates_ (MEDICAL PROVIDER).   These said records are kept by

_EP Wellness Associates_ (MEDICAL PROVIDER) in the regular course of business, and it

was the regular course of business  of _EP Wellness Associates_ (MEDICAL PROVIDER)

for an employee or representative of _EP Wellness Associates_ (MEDICAL PROVIDER)

with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the

record or to transmit information thereof to be included in such record; and the record was

made at or near the time of reasonably soon thereafter.

The records attached hereto are the original and or exact duplicates of the original and are

a part of this Affidavit.

_____
AFFIANT

SWORN AND SUBSCRIBED before me on the _23_ day of _July_, 20 _21_.

Kyle Rene Horvath
Notary Public, State of Texas
Comm. Expires 01-03-2025
Notary ID 130948144

_____
Notary Public, State of

Scanned with CamScanner

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared _Yoli Torres_,

who, being by me duly sworn, deposed as follows:

My name is _Yoli Torres_, I am of sound mind, capable of making this Affidavit,

and personally acquainted with the facts herein stated:

I am the custodian of the records of _Dr. Sides_ **(MEDICAL PROVIDER)**.

Attached hereto are copies of the records of _Carlos Molina Torres_ **(PATIENT)** from

_Sun City Ortho_ **(MEDICAL PROVIDER)**.    These said records are kept by

_Sun City Ortho_ **(MEDICAL PROVIDER)** in the regular course of business, and it

was the regular course of business of _Sun City Ortho_ **(MEDICAL PROVIDER)**

for an employee or representative of _Sun City Ortho_ **(MEDICAL PROVIDER)**

with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the

record or to transmit information thereof to be included in such record; and the record was

made at or near the time of reasonably soon thereafter.

The records attached hereto are the original and or exact duplicates of the original and are

a part of this Affidavit.

_Yoli Torres_
AFFIANT

SWORN AND SUBSCRIBED before me on the _10_ day of _Sept_, 20 _21_

_[signature]_
Notary Public, State of _TX_

Kyle Rene Horvath
Notary Public, State of Texas
Comm. Expires 01-03-2025
Notary ID 130948144

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared  Robyn Enz, RHIT

who, being by me duly sworn, deposed as follows:

My name is Robyn Enz, RHIT    ,  I am of sound mind, capable of making this Affidavit,

and personally acquainted with the facts herein stated:

I am the custodian of the records of Border Therapy Services (MEDICAL PROVIDER).

Attached hereto are copies of the records of Carlos Molina Torres (PATIENT) from

Border Therapy Services____ (MEDICAL PROVIDER).    These said records are kept by

_Border Therapy Services__ (MEDICAL PROVIDER) in the regular course of business, and it

was the regular course of business of _Border Therapy Services___ (MEDICAL PROVIDER)

for an employee or representative of Border Therapy Services __ (MEDICAL PROVIDER)

with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the

record or to transmit information thereof to be included in such record; and the record was

made at or near the time of reasonably soon thereafter.

The records attached hereto are the original and or exact duplicates of the original and are

a part of this Affidavit.

AFFIANT

SWORN AND SUBSCRIBED before me on the  5  day of  Oct  , 20 21 .

Notary Public, State of ~~Texas~~ Missouri

PAULA G GISSING
My Commission Expires
May 27, 2023
St. Charles County
Commission #15635748

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared _Clint Lee_,

who, being by me duly sworn, deposed as follows:

My name is _Clint Lee_, I am of sound mind, capable of making this Affidavit,

and personally acquainted with the facts herein stated:

I am the custodian of the records of _UMC of El Paso_ (**MEDICAL PROVIDER**).

Attached hereto are copies of the records of _Carlos Molina-Torres_ (**PATIENT**) from

_UMC of El Paso_ (**MEDICAL PROVIDER**).   These said records are kept by

_UMC of El Paso_ (**MEDICAL PROVIDER**) in the regular course of business, and it

was the regular course of business of _UMC of El Paso_ (**MEDICAL PROVIDER**)

for an employee or representative of _UMC of El Paso_ (**MEDICAL PROVIDER**)

with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the

record or to transmit information thereof to be included in such record; and the record was

made at or near the time of reasonably soon thereafter.

The records attached hereto are the original and or exact duplicates of the original and are

a part of this Affidavit.

_____
AFFIANT

SWORN AND SUBSCRIBED before me on the _23_ day of _February_ 20_21_.

_____
Notary Public, State of Texas

YVONNE CHACON
Notary Public, State of Texas
Notary ID 12535549-9
My Commission Expires
July 07, 2021

## AFFIDAVIT OF RADIOLOGY RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared _Laura Camarillo_ , who,

being by me duly sworn, deposed as follows:

My name is _Laura Camarillo_ , I am of sound mind, capable of making this Affidavit,

and personally acquainted with the facts herein stated:


I am the custodian of records of **THOP-Transmountain Campus Radiology** (MEDICAL PROVIDER).

Attached hereto are copies of the records of _Carlos Molina-Torres_ (PATIENT) from

**THOP-Transmountain Campus Radiology** (MEDICAL PROVIDER). These said records are kept by **THOP-Transmountain**

**Campus Radiology** (MEDICAL PROVIDER) in the regular course of business, and it was the regular

course of business of **THOP-Transmountain Campus Radiology** (MEDICAL PROVIDER) for an employee or

representative of **THOP-Transmountain Campus Radiology** (MEDICAL PROVIDER) with knowledge of the act,

event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to

be included in such record; and the record was made at or near the time of reasonably soon thereafter.


The records attached hereto are the original and or exact duplicates of the original and are a part

of this Affidavit.

_Laura Camarillo_
AFFIANT

SWORN AND SUBSCRIBED before me on the 24th day of _February_ , 2021 .

Notary Public, State of Texas

KIMBERLY ANN MARTINEZ
Notary ID # 131105711
My Commission Expires
April 27, 2021

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared _Jackie Castaneda_

who, being by me duly sworn, deposed as follows:

My name is _Jackie Castaneda_ of sound mind, capable of making this Affidavit,
and personally acquainted with the facts herein stated:

I am the custodian of the records of _DOI_ (MEDICAL PROVIDER).
Attached hereto are copies of the records of _DOI_ (PATIENT) from _carlos M. Torres_
_DOI_ (MEDICAL PROVIDER). These said records are kept by
_DOI_ (MEDICAL PROVIDER) in the regular course of business, and it
was the regular course of business of _DOI_ (MEDICAL PROVIDER)
for an employee or representative of _DOI_ (MEDICAL PROVIDER)
with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the
record or to transmit information thereof to be included in such record; and the record was
made at or near the time of reasonably soon thereafter.

The records attached hereto are the original and or exact duplicates of the original and are
a part of this Affidavit.

_____
AFFIANT

SWORN AND SUBSCRIBED before me on the _1st_ day of _July_, 20_21_

_____
Notary Public, State of

MONICA A. VIDAL
Notary Public, State of Texas
Comm. Expires 11-12-2021
Notary ID 128100393

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raisa Hernandez on behalf of Cole Gumm
Bar No. 24088963
rhernandez@zdfirm.com
Envelope ID: 61189626
Status as of 1/27/2022 8:23 AM MST

Associated Case Party: Sundt Construction, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barbara Divis | | bdivis@mgmsg.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | eservice@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Gumm | | service@zdfirm.com | 1/26/2022 4:44:58 PM | SENT |

Associated Case Party: Joseph Riccillo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Martinez | | eservice@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |

## CAUSE NO. 2021DCV4058

| | | |
|---|---|---|
| **CARLOS MOLINA-TORRES,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **171st JUDICIAL DISTRICT** |
| **SUNDT CONSTRUCTION, INC., JOSEPH** | § | |
| **RICCILLO, and JOHN DOE** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **EL PASO COUNTY, TEXAS** |

## PLAINTIFF'S FIRST NOTICE OF FILING
## AFFIDAVITS OF COST AND NECESSITY

This pleading is to give notice that pursuant to Texas Civil Practice and Remedies Code Section 18.001, Plaintiff has delivered the affidavits of cost and necessity and accompanying billing records for the following medical providers of Plaintiff Carlos Molina-Torres to Defendants:

1)      University Medical Center of El Paso;

2)      Texas Tech UHSC ELP;

3)      The Hospitals of Providence Transmountain Campus;

4)      Border City Orthopedics;

5)      Diagnostic Outpatient Imaging;

6)      Sun City Orthopaedics;

7)      Dr. Francisco Guerra (EP Wellness Associates);

8)      Border Therapy Services; and

9)      Anesthesia Management Solutions.

Respectfully submitted,

Zinda Law Group, PLLC
8834 North Capital of Texas Highway
Suite 304
Austin, Texas 78759
(512) 246-2224 Office
(512) 580-4252 FAX
**Service of Documents: service@zdfirm.com**

By: _____
        Cole Gumm
        State Bar No. 24088963
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties of record on this 26th day of January, 2022.

*Via E-service: martinezja@jmeplaw.com,*
*rendon@mgmsg.com*
James A. Martinez
Reid P. Rendon
Mounce, Green, Myerrs, Safi, Paxson & Galatzan
P.O. Box 1977
El Paso, Texas 79999
**ATTORNEY FOR DEFENDANTS**

_____
Cole Gumm

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared ___Michelle Lorilla___,
who being by me duly sworn, deposed as follows:

My name is ___Michelle Lorilla___, I am of sound mind, capable of making this Affidavit,
and personally acquainted with the facts herein stated.

I am a custodian of records for ___University Medical Center of El Paso___ (MEDICAL PROVIDER).
Attached to this Affidavit are records that provide an itemized statement of service and the charge
for the service that ___University Medical Center of El Paso___ (MEDICAL PROVIDER) provided to
___Carlos Molina Torres___ (PATIENT).

The attached records are kept by ___University Medical Center of El Paso___ (MEDICAL
PROVIDER) in the regular course and scope of business, and it was the regular course of business
of ___University Medical Center of El Paso___ (MEDICAL PROVIDER) for an employee or
representative of ___University Medical Center of El Paso___ (MEDICAL PROVIDER) with knowledge of
the service provided, to make the record or to transmit the information to be included in the record.
The records were made in the regular course of business at or near the time or reasonably soon
after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was
reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was:          $ ___587.94___

The amount currently **UNPAID BUT STILL OWED**          $ ___0.00___
after any credits or adjustments:

_Michelle Lorilla_

AFFIANT

SWORN AND SUBSCRIBED before me on the 25 day of January, 2021.

JEANNETTE RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 01-09-2023
Notary ID 131848474

Notary Public, State of Texas

01/19/2021  17:31    9152158614              MEDICALRECORDS                    PAGE  02/05

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared <u>Ana Deslongchamps</u>, who being by me duly sworn, deposed as follows:

My name is <u>Ana Deslongchamps</u>, I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for <u>Texas Tech UHSC ELP</u>(**MEDICAL PROVIDER**). Attached to this Affidavit are records that provide an itemized statement of service and the charge for the service that <u>Texas Tech UHSC ELP</u> (**MEDICAL PROVIDER**) provided to <u>Molina Torres</u>(**PATIENT**).
<u>Carlos</u>

The attached records are kept by <u>Texas Tech UHSC ELP</u>  (**MEDICAL PROVIDER**) in the regular course and scope of business, and it was the regular course of business of <u>Texas Tech UHSC ELP</u>  (**MEDICAL PROVIDER**) for an employee or representative of <u>Texas Tech UHSC ELP</u> (**MEDICAL PROVIDER**) with knowledge of the service provided, to make the record or to transmit the information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was:          $ <u>79.29</u>

The amount currently **UNPAID BUT STILL OWED**          $ <u>0.00</u>
after any credits or adjustments:

_____
**AFFIANT**

SWORN AND SUBSCRIBED before me on the <u>21</u>ᵗʰ day of <u>January</u>, 20 <u>21</u>.

SYLVIA HUERTA
NOTARY PUBLIC, STATE OF TEXAS
Comm. Expires - August 07, 2024
Notary ID 1009823-5
NOTARY WITHOUT BOND

_____
Notary Public, State of Texas

01/19/2021   4:32PM (GMT-07:00)

From National Record Retrieval 1.877.815.2003 Tue Jan 19 19:22:27 2021 MST Page 2 of 5

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared _Tei Goldman_.

who being by me duly sworn, deposed as follows:

My name is _Tei Goldman_, I am of sound mind, capable of making this Affidavit,
and personally acquainted with the facts herein stated.

I am a custodian of records for _Hospital of Providence Transmountain_ (MEDICAL PROVIDER).

Attached to this Affidavit are records that provide an itemized statement of service and the charge
for the service that _Hospital of Providence Transmountain_ (MEDICAL PROVIDER) provided to
_Carlos Molina_ (PATIENT).

The attached records are kept by _Torres Hospital of Providence Transmountain_ (MEDICAL
PROVIDER) in the regular course and scope of business, and it was the regular course of business
of _Hospital of Providence Transmountain_ (MEDICAL PROVIDER) for an employee or
representative of _Hospital of Providence Transmountain_ (MEDICAL PROVIDER) with knowledge of
the service provided, to make the record or to transmit the information to be included in the record.
The records were made in the regular course of business at or near the time or reasonably soon
after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was
reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was:                 $ $30,116.51

The amount currently **UNPAID BUT STILL OWED**                 $ (501.02)
after any credits or adjustments:

AFFIANT

SWORN AND SUBSCRIBED before me on the _12th_ day of _April, 20 21_

NATASHA MORRISON
Notary ID #132272654
My Commission Expires
December 4, 2023

Notary Public, State of Texas

01/19/2021   8:24PM (GMT-06:00)

Plntf.Molina.Medical.000006

## <u>AFFIDAVIT OF COST AND NECESSITY</u>

Before me, the undersigned authority, personally appeared _Lorena Maya_, who being by me duly sworn, deposed as follows:

My name is _Lorena Maya_ I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for _Border City Ortho_ (**MEDICAL PROVIDER**). Attached to this Affidavit are records that provide an itemized statement of service and the charge for the service that _Border City Ortho_ (**MEDICAL PROVIDER**) provided to _Carlos Molina Torres_ (**PATIENT**).

The attached records are kept by _Border City Ortho_ (**MEDICAL PROVIDER**) in the regular course and scope of business, and it was the regular course of business of _Border City Ortho_ (**MEDICAL PROVIDER**) for an employee or representative of _Border City Ortho_ (**MEDICAL PROVIDER**) with knowledge of the service provided, to make the record or to transmit the information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided.  The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was: $ _2555.48_

The amount currently **UNPAID BUT STILL OWED** after any credits or adjustments: $ _350.00_

_Lorena Maya_
AFFIANT

SWORN AND SUBSCRIBED before me on the _12th_ day of _MAY_, 20 _21_.

_Bryant Joseph Byrd_
Notary Public, State of Texas

BRYANT JOSEPH BYRD
Notary ID #132620644
My Commission Expires
August 12, 2024

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared _Joselyn Medina_, who being by me duly sworn, deposed as follows:

My name is _Joselyn Medina_, I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for _WSHC_ (MEDICAL PROVIDER). Attached to this Affidavit are records that provide an itemized statement of service and the charge for the service that _Diagnostic Outpatient Imaging_ (MEDICAL PROVIDER) provided to _Carlos Molina-Torres_ (PATIENT).

The attached records are kept by _WSHC_ (MEDICAL PROVIDER) in the regular course and scope of business, and it was the regular course of business of _Diagnostic Outpatient Imaging_ (MEDICAL PROVIDER) for an employee or representative of _Diagnostic Outpatient Imaging_ (MEDICAL PROVIDER) with knowledge of the service provided, to make the record or to transmit the information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was:   $ _0_

The amount currently **UNPAID BUT STILL OWED** after any credits or adjustments:   $ _3,479.00_

_____
AFFIANT

SWORN AND SUBSCRIBED before me on the _1_ day of _July_, 20_21_.

_____
Notary Public, State of Colorado

AALTUS FELIX
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20214010855
MY COMMISSION EXPIRES MAR 17, 2025

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared _Jocelyn Medina_, who being by me duly sworn, deposed as follows:

My name is _Jocelyn Medina_, I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for _WSHC_ **(MEDICAL PROVIDER).** Attached to this Affidavit are records that provide an itemized statement of service and the charge for the service that _Sun City Ortho_ **(MEDICAL PROVIDER)** provided to _Carlos Molina-Torres_**(PATIENT).**

The attached records are kept by _WSHC_ **(MEDICAL PROVIDER)** in the regular course and scope of business, and it was the regular course of business of _Sun City Ortho_ **(MEDICAL PROVIDER)** for an employee or representative of _Sun City Ortho_ **(MEDICAL PROVIDER)** with knowledge of the service provided, to make the record or to transmit the information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was:          $ _0_

The amount currently **UNPAID BUT STILL OWED**          $ _1,988.00_
after any credits or adjustments:

_____
AFFIANT

SWORN AND SUBSCRIBED before me on the _27_ day of _July_, _2021_.

```
┌─────────────────────────────────────┐
│           AALTUS FELIX               │
│ NOTARY PUBLIC - STATE OF COLORADO    │
│       NOTARY ID 20214010855          │
│ MY COMMISSION EXPIRES MAR 17, 2025   │
└─────────────────────────────────────┘
```

_____
Notary Public, State of Colorado

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared *Amanda Montes*, who being by me duly sworn, deposed as follows:

My name is *Amanda Montes* I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for *Francisco Guerra* **(MEDICAL PROVIDER)**. Attached to this Affidavit are records that provide an itemized statement of service and the charge for the service that *Francisco Guerra* **(MEDICAL PROVIDER)** provided to *Carlos Molina Jr* **(PATIENT)**.

The attached records are kept by *Francisco Guerra* **(MEDICAL PROVIDER)** in the regular course and scope of business, and it was the regular course of business of *Francisco Guerra* **(MEDICAL PROVIDER)** for an employee or representative of *Francisco Guerra* **(MEDICAL PROVIDER)** with knowledge of the service provided, to make the record or to transmit the information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was: $ *221.07*

The amount currently **UNPAID BUT STILL OWED** after any credits or adjustments: $ *0.*

*Amanda Montes*
**AFFIANT**

SWORN AND SUBSCRIBED before me on the *10* day of *Sept*, 20*21*.

_____
Notary Public, State of Texas

CECILIA ESPARZA
Notary Public, State of Texas
Comm. Expires 09-12-2022
Notary ID 131720137

From: Kate Peterson    Fax: 17633332598    To:    Fax: (915) 849-5806    Page: 5 of 7    09/16/2021 5:16 PM

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared _Robyn Enz, RHIT_ ,
who being by me duly sworn, deposed as follows:

My name is _Robyn Enz, RHIT_ , I am of sound mind, capable of making this Affidavit,
and personally acquainted with the facts herein stated.

I am a custodian of records for _Border Therapy Services_ **(MEDICAL PROVIDER)**.
Attached to this Affidavit are records that provide an itemized statement of service and the charge
for the service that _Border Therapy Services_ **(MEDICAL PROVIDER)** provided to
_Carlos Molina Torres_ **(PATIENT)**.

The attached records are kept by _Border Therapy Services_ **(MEDICAL**
**PROVIDER)** in the regular course and scope of business, and it was the regular course of business
of _Border Therapy Services_ **(MEDICAL PROVIDER)** for an employee or
representative of Border Therapy Services **(MEDICAL PROVIDER)** with knowledge of
the service provided, to make the record or to transmit the information to be included in the record.
The records were made in the regular course of business at or near the time or reasonably soon
after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was
reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was:                 $ 0.00

The amount currently **UNPAID BUT STILL OWED**          $ 12,155.00
after any credits or adjustments:

                                                    AFFIANT

SWORN AND SUBSCRIBED before me on the _5_ day of _Oct_ , 20 _21_ .

                                                    Notary Public, State of ~~Texas~~ Missouri

PAULA G GISSING.
My Commission Expires
May 27, 2023
St. Charles County
Commission #15635748

*AM103*
*5349*

## AFFIDAVIT OF COST AND NECESSITY

Before me, the undersigned authority, personally appeared _Ashley Hollon_, who being by me duly sworn, deposed as follows:

My name is _Ashley Hollon_ I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for _Anesthesia mgmt_ (MEDICAL PROVIDER). Attached to this Affidavit are records that provide an itemized statement of service and the charge for the service that _Anesesia mgmt_ (MEDICAL PROVIDER) provided to _Cavius Molina_ _Torres_ (PATIENT).

The attached records are kept by _Anesthesia mgmt_ (MEDICAL PROVIDER) in the regular course and scope of business, and it was the regular course of business of _Anesthesia mgmt_ (MEDICAL PROVIDER) for an employee or representative of _Anesthesia mgmt_ (MEDICAL PROVIDER) with knowledge of the service provided, to make the record or to transmit the information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount **PAID** for the service was:                      $ _334.38_

The amount currently **UNPAID BUT STILL OWED**          $ _0_
after any credits or adjustments:

_Ashley Holt_
AFFIANT

SWORN AND SUBSCRIBED before me on the _10th_ day of _Dec_, 20_21_.

_Dena Shurly_
Notary Public, State of Texas
_Alabama_

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raisa Hernandez on behalf of Cole Gumm
Bar No. 24088963
rhernandez@zdfirm.com
Envelope ID: 61189626
Status as of 1/27/2022 8:23 AM MST

Associated Case Party: Sundt Construction, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barbara Divis | | bdivis@mgmsg.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | eservice@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Gumm | | service@zdfirm.com | 1/26/2022 4:44:58 PM | SENT |

Associated Case Party: Joseph Riccillo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Martinez | | eservice@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 1/26/2022 4:44:58 PM | SENT |

## CAUSE NO. 2021DCV4058

| | | |
|---|---|---|
| **CARLOS MOLINA-TORRES,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **171st JUDICIAL DISTRICT** |
| **SUNDT CONSTRUCTION, INC., JOSEPH** | § | |
| **RICCILLO, and JOHN DOE** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **EL PASO COUNTY, TEXAS** |

## PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY

Plaintiff Carlos Molina-Torres certifies that the following discovery responses were served on all parties to this matter by and through their attorneys of record on February 25, 2022:

1. Plaintiff's Objections & Answers to Defendants' First Set of Interrogatories; and
2. Plaintiff's Responses to Defendants' First Requests for Admissions.

Respectfully submitted,

**Zinda Law Group, PLLC**
8834 North Capital of Texas Highway, Suite 304
Austin, Texas 78759
(512) 246-2224 Office
(512) 580-4252 FAX
**Service of Documents: service@zdfirm.com**

By: _____
Cole Gumm
State Bar No. 24088963
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties of record on this 25th day of February, 2022.

**<u>*Via E-service: martinezja@jmeplaw.com,*</u>**
**<u>*rendon@mgmsg.com*</u>**
James A. Martinez
Reid P. Rendon
Mounce, Green, Myerrs, Safi, Paxson & Galatzan
P.O. Box 1977
El Paso, Texas 79999
**ATTORNEY FOR DEFENDANTS**


_____
**COLE GUMM**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raisa Hernandez on behalf of Cole Gumm
Bar No. 24088963
rhernandez@zdfirm.com
Envelope ID: 62095701
Status as of 2/25/2022 1:44 PM MST

Associated Case Party: Sundt Construction, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barbara Divis | | bdivis@mgmsg.com | 2/25/2022 1:34:43 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 2/25/2022 1:34:43 PM | SENT |
| James Martinez | | eservice@jmeplaw.com | 2/25/2022 1:34:43 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Gumm | | service@zdfirm.com | 2/25/2022 1:34:43 PM | SENT |

Associated Case Party: Joseph Riccillo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Martinez | | eservice@jmeplaw.com | 2/25/2022 1:34:43 PM | SENT |
| James Martinez | | martinezja@jmeplaw.com | 2/25/2022 1:34:43 PM | SENT |